# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Josiah Colt** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Special Agent Matthew Gano | INTERPRETER: No |
| Telephone No.: | If YES, language: |
| AGENCY: Federal Bureau of Investigation – Washington Field Office | |

| | |
|---|---|
| CASE INFORMATION:<br>Criminal Complaint and Arrest Warrant Issued by United States Magistrate Judge G. Michael Harvey on 01/09/21 | RELATED COMPLAINT:<br>CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint or Perfected Citation**

| | | | |
|---|---|---|---|
| Felony: | **No** | County of Offense: | **Washington, D.C.** |
| Class A Misdemeanor: | **Yes (Count 1)** | Estimated Trial Time: | **2 days** |
| Class B or C Misdemeanor:<br>(Petty Offense) | **Yes (Count 2)** | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. Sec. 1752(a)(1)** | **One** | **Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority** | **Not more than 1 year imprisonment; Up to a $100,000 fine; Not more than 1 year supervised release; Up to 5 years probation.** |
| **40 U.S.C. Sec. 5104(e)(2)** | **Two** | **Violent Entry and Disorderly Conduct on Capitol Grounds** | **Not more than 6 months imprisonment; Not more than a $5,000 fine; Not more than 1 year supervised release; Up to 5 years probation.** |

| | |
|---|---|
| Date:    January 13, 2020 | Assistant U.S. Attorneys: **Elizabeth Elizabeth Aloi, D.C. USAO / Heather Patricco / Idaho USAO** |
| | Telephone No.:   **208-334-9121** |