IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF PRELIMINARY HEARING |
| Defendant. | ) | |

I understand that I have been charged with an offense in a criminal complaint filed in this Court, or charged with violating the terms of probation or supervised release in a petition filed in this Court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P. 32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P. 5 or Fed.R.Crim.P. 32.1.

Date: _____     _____
                                    Defendant

Date: _____     _____
                                    Attorney's Signature

                                    _____
                                    Printed Name of Attorney

                                    Federal Defender Services of Idaho
                                    702 W. Idaho Street, Suite 1000
                                    Boise, ID 83702
                                    208.331.5500