Charles Peterson
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
JOSIAH COLT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE RONALD E. BUSH)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:21-mj-00382-REB |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE AND |
| | ) | ASSIGNMENT OF COUNSEL |
| vs. | ) | |
| | ) | |
| JOSIAH COLT | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
      BART M. DAVIS, UNITED STATES ATTORNEY
      HEATHER PATRICCO, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Charles Peterson of the Federal

Defender Services of Idaho, is hereby assigned this matter and therefore

makes an appearance in the above action on behalf of the defendant, JOSIAH

COLT, and requests that all further papers and pleadings herein except

original process be served upon said undersigned attorney.

Dated: January 15, 2021             CHARLES PETERSON
                                    FEDERAL PUBLIC DEFENDER
                                    By:


                                    /s/ Charles Peterson
                                    Charles Peterson
                                    Federal Defender Services of Idaho
                                    Attorneys for Defendant
                                    JOSIAH COLT

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 15th day of January 2021.

Heather Patricco, Assistant United States Attorney
Office of the United States Attorney          ____United States Mail
1290 West Myrtle Street, Suite 500            ____Hand Delivery
Boise, ID 83702                               ____Facsimile Transmission
(208) 334-1211                                __X__CM/ECF Filing
(208) 334-1413 – Facsimile                    ____Email Transmission

Heather.Patricco@usdoj.gov

Dated: January 15, 2021          /s/ Sybil Davis_____
                                 Sybil Davis